

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00704-CR

James Burke **JARREAU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File the State's Brief is hereby GRANTED. Time is extended to January 6, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court